UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2012

-------------------------------------------------------------- X
                                        :
IN RE ADELPHIA COMMUNICATIONS          :
CORPORATION SECURITIES AND DERIVATIVE  :    03 MD 1529 (LMM)
LITIGATION                             :
                                        :
-------------------------------------------------------------- X
                                        :
This Document Relates To:              :
                                        :    Case No. 03-CV-5752 (LMM) ←
THE ACCIDENT FUND COMPANY, et al.,     :
                                        :
                    Plaintiff,         :
                                        :
          -against-                    :
                                        :
DELOITTE & TOUCHE LLP, et al.,         :
                                        :
                    Defendants.        :
                                        :
-------------------------------------------------------------- X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs The Accident Fund Company Blue Cross Blue Shield of Michigan, Willard E. Alexander, Allegheny Technologies Incorporated, Aluminum Company of America, Inc., American Friends of the Hebrew University, The American University in Cairo, Amphenol Corporate Pension Plan, Anne Arundel County, Maryland, t/a Anne Arundel County Retirement & Pension System, Bruce A. Bassock, Jeffrey L. Bassock, Stephen A. Bassock, Blue Moon Fund f/k/a W. Alton Jones Foundation Inc., The Trustees of Boston College, Bowdoin College, The Bradley Trusts, Broad Foundation, Broadsword Limited, Brown Family Partnership, California State Automobile Association, CCC Investment Trust, Pactiv Corporation General Employee Benefit Trust, Central States Southeast and Southwest Areas Pension Fund, The Children's

Hospital Foundation, College of the Holy Cross, The Commonfund For Nonprofit Organizations

and its subsidiaries and affiliates (d/b/a Commonfund group), on behalf of its High Yield Bond

Fund, Multi-Strategy Bond Fund and Equity Opportunities Fund (as successor in interest to its

growth opportunities fund), Commonfund Institutional Core Plus Bond Fund, LLC (as successor

in interest to the CIF Core Plus Bond Fund), and Commonfund Absolute Return Investors

Company, Congregation of Divine Providence, Dallas Police & Fire Pension System, Dallas

Symphony Foundation, Inc., Deerfield, L.L.C., Del Monte Corporation Defined Benefit Master

Trust, Delta Air Lines Benefit Trusts, Demeter Trust, DePauw University, Joan Diller, Stanley

Diller, Dominion Resources, Retail Clerks Pension Trust, The University of Connecticut

Foundation, Inc., Edwin Gould Foundation, Eximius Capital Funding Ltd., Exora Investments

LLC, Father Flanagan's Trust Fund, Richard Ferguson, Marissa Ferguson, First Church of

Christ, Scientist, The Mother Church Pension & Benefit Trust, Christian Science Trustees for

Gift and Endowments, The Fisher Scientific Int'l Inc. Defined Benefit Master Trust, The

Foundation for Research, Research Development Foundation, Sally Freund, Fred Galland,

General Motors Investment Management Corp., Charles Genuardi, Goldsmith Family

Foundation, Goldsmith Testamentary Trusts, Bennett Goodman, John F. Gottshall, Granite

Growth Investment III, LP, Granite Growth Investment VI, LP, Granite Growth Investment

LLC, IV, Alan Green, Lydia Green, Sandra Green, Hebrew Rehabilitation Center for the Aged,

Honeywell Pension Investment Committee, Horace Mann Insurance Company, Horace Mann

Life Insurance Co., Horace Mann Teachers Insurance Company, Horace Mann Educators Corp.,

Allegiance Life Insurance Company, HOWW, L.L.C., The Huff Alternative Fund, L.P.,

International Monetary Fund Staff Retirement Plan, International Paper, J.C. Penney

Corporation, Inc. Benefit Plan Investment Committee, Jane Gerben Trust, By Its Trustee Fred

Galland, Joanne Yampol Revocable Trust, Joanne Yampol, Joseph Yampol, Anthony Yampol Trust, Barry Yampol Trust, Brian Yampol Trust, Eric Yampol Trust, Joseph Yampol Trust #2, Jessica Yampol Trust, Yampol Family Trust, Elizabeth M. Johnston, Carol M. Judelson, Peter Kalkus Ira, Kamilche Company, Devon Kelly, William Kelly, Costas Kondylis, The Kroger Co. Master Retirement Trust, L-3 Communications Corporation, Lehigh University, Levine Investments Limited Partnership, William and Bonnie Loftus, Lukeswood Holdings, L.P., Lukeswood, L.L.C, Melvin Markey, Mary Hitchcock Memorial Hospital n/k/a Dartmouth-Hitchcock, Maryland-National Capital Park and Planning Employees Retirement System, Richard Miller, San Diego County Employees Retirement Association, James T. Morley, Museum of Science, Navy Exchange Service Command Retirement Trust, New York Public Library, The New York Times Company, Orchid Investments L.L.C., Harry Orgler, Celanese America Corp. Retirement Pension Plan, Charles Paturick, Robert Paturick, Sarah Paturick, The Penates Foundation, Peoples Energy Corporation Pension Trust, Pictet & Cie Banquiers, Ilene Powers, Public Services Enterprise Group, PSEG Qualified CIV and PSEG Nuclear LLC Master Decommissioning Trust, Qwest Pension Trust, Qwest Occupational Health Trust, Qwest Combined DB/DC Master Trust, Research Beneficial Trust, Stephen Robin, Monsanto Company, Sprint Corporation, Sprugos Investments, L.L.C., Stichting Bedrijfspensioenfonds Voor de Metaal en Technisehe Bedrijifstakken, Stichting Blue Sky Active High Yield Fixed Income USA Fund, Tennessee Valley Authority Retirement System, Texas County And District Retirement System, John T. Thornton, The Timken Company Collective Investment Trust For Retirement Trusts, Trinity College, University at Buffalo Foundation, Inc., The Edgerton Foundation, University of Minnesota Foundation Investment Advisors, Trustee of the University of Pennsylvania, Virginia Retirement System, Wagner & Brown, Ltd., Joseph Wallendal, Wells

3

College, Wesleyan College, Western Conference of Teamsters Pension Trust Fund, Western

Pennsylvania Teamsters and Employers Pension Fund, WRH Offshore High Yield Partners, L.P.,

XL Investments, XL Investment XL House, XL Investments, Ltd., XL Re Ltd., Gail Yampol,

Hope Yampol, Simon Young, Caterpillar Inc., and MLC Investments Limited (collectively, the

"Huff Plaintiffs") and defendant Deloitte & Touche LLP ("Deloitte & Touche") that, pursuant to

Federal Rule of Civil Procedure 41(a)(1), the Huff Plaintiffs, by their undersigned counsel, and

Deloitte & Touche, by its undersigned counsel, hereby stipulate to the dismissal with prejudice

of the claims asserted by the Huff Plaintiffs against Deloitte & Touche, without costs, in

accordance with the Settlement Agreement dated July 13, 2012, between them, with the Court to

retain jurisdiction with respect to any matter necessary to enforce the terms of such agreement.


Dated: New York, New York
       August 20, 2012

                          LOWENSTEIN SANDLER PC

                          By: _____
                              Lawrence M. Rolnick

                          65 Livingston Avenue
                          Roseland, New Jersey 07068
                          Tel: (973) 597-2500
                          Fax: (973) 597-2400

                          Attorneys for the Huff Plaintiffs

4

CRAVATH, SWAINE & MOORE LLP

By: _James E. Canning_____

James E. Canning

Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

Counsel for Deloitte & Touche LLP


SO ORDERED:

_____
Hon. Lawrence M. McKenna
United States District Judge
Dated:  8/24  , 2012

5